IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FIDENCIO GONZALES, #35175-510, § § § Plaintiff, § § v. § § KRISTI CIOLLI, *et al.*, § § Defendants. § | No. 3:26-cv-00052-E (BT) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[1] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's case will be **DISMISSED**.

**SO ORDERED.**

January 28, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] No objections were filed.

Case 3:26-cv-00052-E-BT   Document 7   Filed 01/28/26   Page 2 of 2   PageID 30